RIKER
*vs.*
HIS CREDITORS.

<hr/>

### RIKER *vs.* HIS CREDITORS.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT.

An appeal from an order sustaining the opposition of the attorney of
absent creditors, to the fairness and honesty of the surrender of his
property by the insolvent, on a charge of fraud, will be dismissed as a
case not appealable.

In May, 1835, the plaintiff made a surrender of his property for the benefit of his creditors.   In June following, Vance and others filed an opposition, charging him with fraud in ceding his property, and praying that he be deprived of the benefit of the insolvent laws.   The attorney for the absent heirs, joined in the above opposition.   Afterwards, the attorney for the creditors in the first instance, had leave to discontinue their opposition.   But it was ordered to stand as regards the absent creditors.   From this last order, the insolvent appealed.

Potts, for the appellant.

Jackson, for the absent creditors.

Mathews, J., delivered the opinion of the court.

This is an appeal from an order of the court below, by which an opposition of absent creditors, made by their attorney, to the fairness and honesty of the surrender of his property by the insolvent on a charge of fraud, was sustained for the purpose of being legally investigated.

This order is certainly a mere interlocutory judgment, which causes no irreparable injury to the appellant. If there be error in it, this court may correct it on an appeal from any final judgment which may be rendered in the cause.

It is, therefore, ordered, adjudged and decreed, that the appeal be dismissed, at the costs of the appellant.

An appeal from an order sustaining the opposition of the attorney of absent creditors, to the fairness and honesty of the surrender of his property by the insolvent, on a charge of fraud, will be dismissed, as a case not appealable.